UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BALDAIN, JR.,
MICHAEL BALDAIN,

          Plaintiffs,

   v.

AMERICAN HOME MORTGAGE
SERVICING, INC., OPTION ONE
MORTGAGE CORPORATION,
QUALITY LOAN SERVICE CORP.,
OLYMPIC MORTGAGE & INVESTMENT
COMPANY, INC., PHILLIP RUBLE
and TIMOTHY ALAN SMITH and
DOES 1-20, inclusive,

          Defendants.

NO. CIV. S-09-0931 LKK/GGH

O R D E R

This case is currently scheduled for a status conference on Monday, June 22, 2009 at 10:00 a.m. Plaintiffs' status report refers to five defendants, and states that three of these defendants have not yet been served, but that service will be completed within 30 days. Although the docket is unclear as to the status of service upon these three defendants, none of them have stated an appearance in this case. In addition, plaintiff's

1

1  complaint names a sixth defendant not referred to by the status
2  report, Quality Loan Service Corp.  This defendant has not been
3  served and has not stated an appearance.
4      For these reasons, the court CONTINUES the status conference
5  to September 8, 2009 at 3:30 p.m.
6      IT IS SO ORDERED.
7      DATED:  June 18, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2