UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BALDAIN, JR.,
MICHAEL BALDAIN,

          Plaintiffs,

    v.

AMERICAN HOME MORTGAGE
SERVICING, INC., OPTION ONE
MORTGAGE CORPORATION,
QUALITY LOAN SERVICE CORP.,
OLYMPIC MORTGAGE & INVESTMENT
COMPANY, INC., PHILLIP RUBLE
and TIMOTHY ALAN SMITH and
DOES 1-20, inclusive,

          Defendants.
                                         /

NO. CIV. S-09-0931 LKK/GGH

O R D E R

This case is currently scheduled for a status conference on Tuesday, September 8, 2009 at 3:30 p.m. On July 31, 2009, plaintiff filed an amended complaint. Defendants American Home Mortgage Servicing, Inc. and Option One Mortgage Corp. have filed a motion to dismiss the claims against them, which is set for hearing on September 14, 2009. Moreover, the remaining defendants indicate that service of the amended complaint was effected on them

1

on August 28, 2009 (pursuant to a Fed. R. Civ. P. 4(d) waiver), and that pursuant to this waived service, these defendants have significant time remaining in which to file a motion to dismiss.

In light of the pending and forthcoming motions to dismiss, the court CONTINUES the status conference to December 14, 2009 at 11:00 a.m.

IT IS SO ORDERED.

DATED: September 4, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2