UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BALDAIN, JR.,
MICHAEL BALDAIN,

           Plaintiffs,

    v.

AMERICAN HOME MORTGAGE
SERVICING, INC., OPTION ONE
MORTGAGE CORPORATION,
QUALITY LOAN SERVICE CORP.,
OLYMPIC MORTGAGE & INVESTMENT
COMPANY, INC., PHILLIP RUBLE
and TIMOTHY ALAN SMITH and
DOES 1-20, inclusive,

           Defendants.
                                     /

NO. CIV. S-09-0931 LKK/GGH

O R D E R

    Defendants American Home Mortgage Servicing, Inc. and Option One Mortgage Corporation have moved to dismiss (Doc. No. 23) plaintiff's first amended complaint. A hearing on defendants' motion was set for September 14, 2009. Counsel for defendants appeared but counsel for plaintiff did not.

    Accordingly, the court orders as follows:

    1.    Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

1

1       writing within ten (10) days of the date of this order
2       why sanctions should not issue in the above-captioned
3       case in the amount of One Hundred Fifty Dollars ($150),
4       as permitted by Local Rule 11-110.
5  2.   Defendant's motion to dismiss, Doc. No. 23, is
6       SUBMITTED.
7  IT IS SO ORDERED.
8  DATED: September 28, 2009.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT