UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BALDAIN, JR.,
MICHAEL BALDAIN,

           Plaintiffs,

    v.

AMERICAN HOME MORTGAGE
SERVICING, INC., OPTION ONE
MORTGAGE CORPORATION,
QUALITY LOAN SERVICE CORP.,
OLYMPIC MORTGAGE & INVESTMENT
COMPANY, INC., PHILLIP RUBLE
and TIMOTHY ALAN SMITH and
DOES 1-20, inclusive,

           Defendants.
_____/

NO. CIV. S-09-0931 LKK/GGH

O R D E R

On September 28, 2009, this court ordered counsel for plaintiff to show cause why sanctions should not issue for counsel's failure to appear at a hearing noticed in the above matter for September 14, 2009. Counsel has filed a response. Good cause having been shown, the court finds that no sanction is appropriate.

////

1

1   IT IS SO ORDERED.
2   DATED: September 29, 2009.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT