UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BALDAIN, JR.,
MICHAEL BALDAIN,

                                  NO. CIV. S-09-931 LKK/GGH

       Plaintiffs,

   v.

                                  O R D E R

AMERICAN HOME MORTGAGE
SERVICING, INC., et al.,

       Defendants.

                                  /

    A status conference was held in chambers on January 4, 2010. After hearing, the court orders as follows:

    1.   A further status conference is set for April 12, 2010 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: January 8, 2010.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

1